

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00330-CV

In the **INTEREST OF M.J.W.**, J.A., and C.A.

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02053
Honorable Peter Sakai, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of Jessica B.W. is AFFIRMED.

It is further ORDERED that no costs be assessed because appellant is indigent.

SIGNED October 22, 2014.

_____
Luz Elena D. Chapa, Justice